# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0171.  I. A. GROUP, LTD. CO., et al. v. RMNANDCO, INC., et al.**

On December 20, 2012, I. A. Group, Ltd. Co., CX5 Capital Corp., Christopher T. Collins and Stephan Fitch filed this application for discretionary appeal from the trial court's order of November 20, 2012, denying their motion to vacate its order of July 16, 2012, which imposed sanctions upon the applicants.  However, on December 10, 2012, these applicants filed an application for interlocutory appeal, in which they challenge the same order and raise the same arguments.  Accordingly, this application is dismissed as duplicative.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/10/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*